United States District Court
for the Eastern District of Pennsylvania

Zumar DuBose 204-72-509
F.D.C. Philadelphia
P.O. Box 562
Philadelphia, PA 19105

(1). Zumar DuBose         : Civil Action
(2).    ET, AL            :
              V.          :
(1). Federal Bureau of Prisons : # _____

※ Federal Question Complaint ※

(Jurisdiction)

28 U.S.C. 1331, 28 U.S.C. 1332, 28 U.S.C. 2201, 28 U.S.C. 2202, 42 U.S.C. 2000dd, 42 U.S.C. 1997e(a) 28 U.S.C. 1915(g) imminent danger analysis.

(Relief)

(1). Declaratory damage Relief
(2) actual, punitive, nominal, compensatory, presumptive, and pecuniary damages in the amount of
     $100,000,000.00.

# Jurisdiction

## 42 U.S.C. 1997e(a)

I have exhausted the BOP Administrative Remedy forms by submitting the forms to the proper authority. (See Attachment A attached)

I have not got any response as of today, 6-25-24.

Also, No remedy could remedy the injuries - only money.

## 28 U.S.C. 1915(g) imminent danger

(I). 28 U.S.C 1915(g) imminent Danger

I, Zumar DuBose, swear, attest, affirm, depose, certify, and declare under penalty of perjury that the statements made by me are true and made with my own personal knowledge of the facts which are states as followed:

(1). I am 35 years of age incarcerated at the FBOP F.D.C. Philadelphia Jail.

(2). I wish to proceed in this federal Question Complaint without the prepayment of the court filing fee.

(3). I am in imminent danger of serious physical harm because:

(a). The FBOP F.D.C. Philadelphia employees force me to breath the marijuana smoke, K2 synthetic smoke, PCP smoke, and paper & tobacco smoke thru the cell ventilation causing me to be intoxicated, have watery eyes, mucus in my lungs, coughing, headaches, to hallucinate, and more starting January 2022 and still daily 6-25-24.

(b). The FBOP F.D.C. Philadelphia employees force me to eat food that has mice feces in it, Roaches in it, and force me to have mice in my shoes, clothing, and Roaches crawling on my body when I sleep and bite me waking me up between 10pm - 6am causing me itchy skin, sleepless ~~sleep~~ tiredness, stomach problems, headaches. 6-22-24 it happen also but starting 2021 and still ongoing.

(c). The FBOP F.D.C. Philadelphia employees force me to lose sleep by double celling me with another inmate who talks to himself between the hours of 10pm thru 6am keeping me awake, who bangs on the metal bed frame in the middle of the 1am hours waking me up out my sleep, who urinates on the floor, who leaves puddles of water on the floor, who leaves trash in piles on the floor where I cant walk accessibly, who turn on the light in the 3am hours waking me up out my sleep, who kills roaches in the 2am hours with a slipper bangs on the roach body causing me to wake up.

(d). The FBOP at F.D.C. Philadelphia employer forced me on an unlawful diet that is not nutritionally adequate to sustain good health because the diet provided to me has placed me in a compromised dietary condition specifically because the diet given to me starting 2021 and still on going 6-25-24 does not provide the necessary nutrients, portions, and vitamins for my specific body weight, body height, body age, body gender, and my body levels of activity to keep energy, mass or weight, and muscles and it is causing me to get sick. The diet does not accommodate for my high cholesterol or my pre-diabetic stage illness. No dietician or doctor placed me on the diet the FBOP F.D.C. Philadelphia has placed me on.

Also, on June 22, 2024 my dinner tray was missing 2 hot dogs, the black beans were not properly cook for eating or digestion so I couldn't eat it. No condiments were given to me. The Breakfast Bananas and Lunch Bananas were Rotten and spoiled when given to me. No replacement tray was given to me.

On June 23, 2024 my lunch tray was missing 2 Boiled eggs and table syrup. No fruit or snack was provided. No replacement or accommodation was provided to me.

On June 24 and 25, 2024 the banana for breakfast was rotten and spoiled when given to me. No replacement was provided to me.

The Master Menu breakfast of Cake and milk placed me in a compromised dietary condition because my high cholesterol and prediabetes are at risk. No diet tray has been ordered by the Doctor but I requested the Vegan diet and denied.

The Portions on the trays provided to me are in less amounts that the Master Food menu alleges and supposes to provide.

Zuma DuBar                              Date: 6-25-24

(e). The FBOP F.D.C. Philadelphia-employees denied me a right to Seroquel 100mg to treat my mental disease. Causes me to get more sick mentally.

Zuma DuBoi _____  Date: 6-28-24

(II). Federal Question

(1). Does Restricting Zumar DuBose to a cell located in General Population without notice, sanction, reason, or any Legal Justification violate my 8th, 5th Amendment & 14th Amendment U.S. Constitution rights; depriving me of all FBOP programs offered to inmates?

(2). Does the FBOP F.D.C. Philadelphia employees deny Zumar DuBose of a right to be free from Cruel and Unusual punishment by depriving Zumar DuBose of sleep by providing me with an extremely damaged piece of cotton that is 5 feet tall and only a half inch thin with out any protective covering that caused me back pain so severe it kept me awake in the hours of 11pm thru 6am starting December 2021 until 2023 when employees provided new functional mattress? And medicine?

(3). Does the imminent danger reason included in this Federal Question constitute a Cruel and Unusual punishment per the Eighth Amendment U.S. Constitution?

Zumar DuBose _____   Date: 1-25-24

## Federal Questions

(1). Does Confining inmates to a General Population Cell

Attachment A

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __DuBose, Zumar__ __204-72-509__ __4N__ __F.D.C. Phila__
   LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.       UNIT        INSTITUTION

**Part A– INMATE REQUEST**

FBOP F.D.C. Philadelphia employees force(d) me restricted to cell 425 on the 4N housing unit without notice, sanction, reason, or any legal justification denying me the my legal right to all FBOP F.D.C. philadelphia programs offered to inmate and my Due Process rights. Causing me to mentally suffer. Over 100 different times.

__4-29-23__                           __Zumar DuBose__
   DATE                                SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                    _____
   DATE                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                              CASE NUMBER: _____

                                                        CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                    _____
   DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                          BP–229(13)
                 PRINTED ON RECYCLED PAPER                       APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**  
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __DuBose Zuhar__  __204-72-504__  __4N__  __F.D.C. Phila__
       LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A– INMATE REQUEST**

F.D.C. Phila denying me a right to Seroquel 100mg medicine to treat my mental defects without reason or justification causing mental punishment and disease to worsen.

__4-25-23__   __Zuhar DuBose__
DATE                                   SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____   _____
DATE             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                              CASE NUMBER: _____

-----------------------------------------------------------
                                                        CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____  _____  _____  _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____                        _____
DATE                                 RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                              BP-229(13)
                                     APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __DuBose   Zumar__   __204-72-509__   __4 IV__   __F.D.C. Phila__
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A– INMATE REQUEST**

Mice in my food, crawling on my body. Roaches in my food crawling on my body biting me. Smoke coming out of vent, THC smoke, PCP smoke, K2 synthetic smoke, paper smoke causing me to get intoxicated, watery eyes, mucus in my lungs, headaches, coughing a lot, hallucinations, keeping me awake between 10pm – 6am. Mold on the ceiling of the showers causing me headaches when I take a shower. Employees do not sanitize or clean the cells or showers causing me to get fungus on my body & feet. Starting December 2021 – still ongoing.

__2-16-2022__   __Zumar DuBose__
DATE   SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE   WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE   CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____
DATE   RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN   PRINTED ON RECYCLED PAPER   BP-229(13)
APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **DuBose, Zumar**  REG. NO.: **204-72-509**  UNIT: **4N**  INSTITUTION: **F.D.C. Phila**
LAST NAME, FIRST, MIDDLE INITIAL

**Part A- INMATE REQUEST**

F.D.C. Philadelphia employees did not provide me a diet that is nutritionally adequate to sustain good health because the FBOP F.D.C. Philadelphia employees feed me a diet that I am unaware of and does not sufficiently apply to my age, weight, height, gender, and level of my activities. Also, the food provided to me is less portioned than the Master Fool Menu provides.

DATE: December 29, 2021

SIGNATURE OF REQUESTER: Zumar DuBose

**Part B- RESPONSE**

_____

DATE                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**   CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

DATE        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN        PRINTED ON RECYCLED PAPER        BP-229(13) APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** DuBose, Zuhir    204-72-509    4N    F.D.C. Phila.
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

F.D.C. Philadelphia employee forced me to a cell in the population housing unit with a cellmate (2 inmate cell) that keeps me awake in the hours of 10 pm through 6 am by talking to himself, making drum sounds on the metal bed rack, smoking THC marijuana, and K2 smoke making me get a second hand high. Also forced me to sleep on an extremely damaged cotton the size of 5 ft tall and ½ inch thin without any protective covering starting December 2021 through 2023. Causing me pain and loss of sleep.

4-24-23
DATE

Zuhir DuBose X
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE                                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: _____

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____
DATE                    RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN    PRINTED ON RECYCLED PAPER    BP-229(13) APRIL 1982

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

**From:** DuBose, Zumon    204-72-509    UN    F.D.C. Phila
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

F.D.C. Phila employees has provided me with a food tray missing the chicken on thursday. The fish was burned on friday. The bananas were rotten and spoiled for breakfast and lunch on Thursday. This has been a weekly thing. The rice comes to hard to eat. The beans come to uncooked and hard to eat. The apples are rotten. No condiment come with my tray. I am hungry getting headaches and feel weak

1-19-22                                    Zumon DuBose
DATE                                       SIGNATURE OF REQUESTER

**Part B– RESPONSE**



_____                    _____
DATE                                       WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                CASE NUMBER: _____

                                              CASE NUMBER: _____
**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____                    _____
DATE                                       RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                    BP–229(13)
                                           APRIL 1982

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Zumar DuBose 204-72-509

**(b)** County of Residence of First Listed Plaintiff
P.O. Box 562

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Philadelphia, PA 19105

**DEFENDANTS**
Federal Bureau of Prisons

County of Residence of First Listed Defendant

Attorneys *(If Known)* 700 Arch St
Philadelphia, PA 19105

**II. BASIS OF JURISDICTION** — [X] 3 Federal Question

**III. CITIZENSHIP OF PRINCIPAL PARTIES** — Citizen of This State [X] 1 PTF / [X] 1 DEF

**IV. NATURE OF SUIT** — 550 Civil Rights (checked)

**V. ORIGIN** — [X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing: 28 USC 1331, 1332
Brief description of cause: Federal Question

**VII. REQUESTED IN COMPLAINT:** DEMAND $ 100,000,000.00   JURY DEMAND: [X] No

**VIII. RELATED CASE(S) IF ANY:** JUDGE Beetlestone   DOCKET NUMBER 20-CR-453 (E.D.Pa)

DATE 6-25-24

SIGNATURE OF ATTORNEY OF RECORD: Zumar DuBose

FOR OFFICE USE ONLY

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

© 2008 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

End Page

Zuma DJBoz 204-72-506
F.D.C. Philadelphia
P.O. Box 562
Philadelphia PA 19105

U.S. Court Clerk
601 Market St
Philadelphia, PA 19106-1797

RECEIVED JUN 28 2024



FEDERAL DETENTION CENTER
PHILADELPHIA
P.O. BOX 572
PHILA., PA 19105

DATE: 6-26-24

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.